```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :   GOVERNMENT'S FORFEITURE
                                      :   BILL OF PARTICULARS
                                      :   21 U.S.C. § 853
        -v-                           :
                                      :
MIGUEL GUERRERO,                      :   S2 07 Cr. 248 (RJH)
   a/k/a "Luis Noel Torres Rosa,"     :
   a/k/a "Jose Melo,"                 :
   a/k/a "Papi,"                      :
   a/k/a "Tio,"                       :
   a/k/a "Carlos,"                    :
REUBEN ALVAREZ,                       :
   a/k/a "Dae,"                       :
   a/k/a "Estos Brown,"               :
ALFRED GLOVER,                        :
   a/k/a "James,"                     :
   a/k/a "Broadway,"                  :
DOUGLAS BOND,                         :
   a/k/a "Moe," and                   :
MARCUS GLOVER,                        :
   a/k/a "Mike,"                      :
                                      :
        Defendants.                   :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count

One of the Indictment, as alleged in the Forfeiture Allegation, also includes the following:

    One 2004 Red Honda Accord VIN #1HGCM72524A022554.

Dated:    New York, New York
           July 23, 2007

                        Respectfully Submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

By:          /s/
     JESSE M. FURMAN
     Assistant United States Attorney
     Telephone: (212)637-2475