**CERTIFICATE OF SERVICE**

       ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

       That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

       That on July 23, 2007, she caused one copy of a Bill of Particulars, dated July 23, 2007, to be delivered by ECF and regular mail to:

       Margaret M. Shalley, Esq.
       Fasulo, Shalley & DiMaggio, LLP.
       225 Broadway, Suite 715
       New York, New York 10007

       Jeffrey G. Pittell, Esq.
       299 East Shore Road
       Great Neck, New York 11023

       Neil Bruce Checkman, Esq.
       Law Offices of Neil B. Checkman
       111 Broadway, Suite 1305
       New York, New York 10007

       Winston Lee, Esq.
       20 Vesey Street, Suite 400
       New York, New York 10007

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
          July 23, 2007

                                      /s
                              ANNA E. ARREOLA
                              ASSISTANT UNITED STATES ATTORNEY
                              (212) 637-2218