```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :    GOVERNMENT'S SUPPLEMENTAL
                                      :    FORFEITURE BILL OF
                                      :    PARTICULARS
            -v-                       :    21 U.S.C. § 853
                                      :
MIGUEL GUERRERO,                      :    S3 07 Cr. 248 (RJH)
   a/k/a "Luis Noel Torres Rosa,"     :
   a/k/a "Jose Melo,"                 :
   a/k/a "Papi,"                      :
   a/k/a "Tio,"                       :
   a/k/a "Carlos,"                    :
REUBEN ALVAREZ,                       :
   a/k/a "Dae,"                       :
   a/k/a "Estos Brown,"               :
ALFRED GLOVER,                        :
   a/k/a "James,"                     :
   a/k/a "Broadway,"                  :
DOUGLAS BOND,                         :
   a/k/a "Moe," and                   :
MARCUS GLOVER,                        :
   a/k/a "Mike,"                      :
VICTOR TAVAREZ,                       :
 a/k/a "Vitin,"                       :
                                      :
            Defendants.               :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count

One of the Indictment, as alleged in the Forfeiture Allegation, also includes but is not limited to the following:

>One 2004 Red Honda Accord VIN #1HGCM72524A022554, and
>
>$5,177.00 in United States currency seized on or about April 19, 2007 from 2910 Bronx Park E., Apt. #3A, Bronx, New York.

Dated:     New York, New York
           November 5, 2007

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney


                        By:_____/s/_____
                              ARIANNA REBECCA BERG
                              Assistant United States Attorney
                              Telephone: (212)637-2937