**CERTIFICATE OF SERVICE**

  ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

  That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

  That on November 5, 2007, she caused one copy of a Bill of Particulars, dated November 5, 2007, to be delivered by ECF and regular mail to:

  Margaret M. Shalley, Esq.
  Fasulo, Shalley & DiMaggio, LLP
  225 Broadway, Suite 715
  New York, New York 10007

  Jeffrey G. Pittell, Esq.
  299 East Shore Road
  Great Neck, New York 11023

  Neil Bruce Checkman, Esq.
  Law Offices of Neil B. Checkman
  111 Broadway, Suite 1305
  New York, New York 10007

  Winston Lee, Esq.
  20 Vesey Street, Suite 400
  New York, New York 10007

  Ellyn I. Bank, Esq.
  225 Broadway, Suite 715
  New York, New York 10007

  Nancy L. N. Ennis, Esq.
  Quijano & Ennis
  381 Park Avenue South, Suite 701
  New York, New York 10016

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
            November 5, 2007

                                          */s/ Anna E. Arreola*
                                          ANNA E. ARREOLA
                                          ASSISTANT UNITED STATES ATTORNEY
                                          (212) 637-2218