USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES of AMERICA,  :  07 Cr. 00248 (RJH)

-against-  :  **ORDER**

MIGUEL GUERRERO, et al,  :

Defendant.  :

-------------------------------------------------------------x

The status pre-trial conference scheduled for **February 22, 2008 is rescheduled to Wednesday February 20, 2008, at 11:30 a.m.**, in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 30, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge