```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES of AMERICA,  :   07 Cr. 00248 (RJH)

-against-  :   **ORDER**

MIGUEL GUERRERO, et al,  :

Defendant.  :

------------------------------------------------------------x

The status pre-trial conference scheduled for **February 20, 2008 is rescheduled to Monday March 20, 2008, at 11:30 a.m.**, in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
February 14, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge