UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                            :

UNITED STATES OF AMERICA

                                                            :         NOTICE OF APPEARANCE (CJA)
    - v. -

                                                            :         07 Cr. 248-2 (RJH)

REUBEN ALVAREZ,

                                                            :

                Defendant.

                                                             :
-------------------------------------------------------------x

       PLEASE TAKE NOTICE that Richard E. Signorelli, an attorney admitted to practice in this Court and a member of the Criminal Justice Act panel, hereby appears as counsel of record, pursuant to Court Appointment and the Criminal Justice Act, for REUBEN ALVAREZ, the defendant in the above-captioned case, as of April 4, 2008.

Dated:  April 4, 2008
         New York, New York

                                                    Respectfully,

                                                  LAW OFFICE OF
                                                  RICHARD E. SIGNORELLI

                                                  /s/
                       By:     _____
                              Richard E. Signorelli (RS-7976)
                              799 Broadway, Suite 539
                              New York, NY 10003
                              Telephone:    212 254 4218
                              Facsimile:     212 254 1396
                              rsignorelli@nycLITIGATOR.com℠
                              www.nycLITIGATOR.com℠