**Criminal Memo to the Docket Clerk**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

-------------------------------------------------X

UNITED STATES OF AMERICA

– VS –        S:2:   07 CR 00248 -02  (RJH)

RUBEN ALVAREZ

-------------------------------------------------X

| FOR THE GOVERNMENT : | FOR THE DEFENDANT : ALVAREZ (old) |
|---|---|
| ARIANNA BERG | JEFFERY PITTELL |
| ASST. U. S. ATTORNEY | LAW OFFICE of JEFFERY PITTELL |
| ONE ST.. ANDREWS PLAZA | 29 EAST SHORE ROAD |
| NEW YORK , N.Y. 10007 | GREAT NECK, N.Y. 11023 |
| TEL: (212) 637- 2551 | TEL: ( 516 ) 829- 2299 |
| FAX: (   ) | FAX:( 516 ) 977- 3007 |

FOR  THE DEFENDANT : ALVAREZ
RICHARD SIGNORELLI
LAW OFFICE of RICHARD SIGNORELLI
799   BROADWAY ( ste 539 )
NEW YORK, N.Y. 10003
TEL: ( 212 ) 254- 4218
FAX: ( 212 ) 254-1396

**************************************************************** *****

04 / 11 / 08           **SUBSTITUTION OF COUNSEL**

The Court Orders the substitution of new counsel in the above case.

Present CJA counsel Jeffery Pittell is relieved, and New CJA counsel Richard Signorelli is appointed as new counsel for the defendant.

SO ORDERED :
New York, New York
April 11, 2008

_____
Richard J.  Holwell U.S.D.J.