**Criminal Memo to the Docket Clerk**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

-------------------------------------------------X

UNITED STATES OF AMERICA

– VS –     S : 2 :   07 CR 00248 -02 (RJH)

RUBEN ALVAREZ

-------------------------------------------------X

| | |
|---|---|
| **FOR THE GOVERNMENT :** | **FOR THE DEFENDANT : ALVAREZ** (old) |
| ARIANNA BERG | RICHARD SIGNORELLI |
| ASST. U. S. ATTORNEY | LAW OFFICE of RICHARD SIGNORELLI |
| ONE ST.. ANDREWS PLAZA | 799 BRODWAY ( ste 539 ) |
| NEW YORK , N.Y. 10007 | NEW YORK, N.Y. 10003 |
| TEL: (212) 637- 2551 | TEL: ( 212 ) 254- 4218 |
| FAX: ( ) | FAX:( 212 ) 254- 1396 |

**FOR THE DEFENDANT : ALVAREZ**
LISA SCOLARI
LAW OFFICE of LISA SCOLARI
20 VESEY STREET
NEW YORK, N.Y. 10007
TEL: ( 212 ) 227- 8899
FAX: ( 212 ) 964- 2926

************************************************************************ *****

06 / 26 / 08             **SUBSTITUTION OF COUNSEL**

The Court Orders the substitution of new counsel in the above case.

Present CJA counsel Richard Signorelli is relieved and counsel Lisa Scolari is appointed as new

counsel for the defendant.

SO ORDERED :
New York, New York
June 25, 2008                    _____
                                 Richard J. Holwell U.S.D.J.