UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                  NOTICE OF APPEARANCE

                                             07 Cr. 248 (RJH)

REUBEN ALVAREZ,
                       Defendant.
-------------------------------------------------------

        I, LISA SCOLARI, having been appointed to represent REUBEN ALVAREZ by HON. RICHARD J. HOLWELL pursuant to the Criminal Justice Act on June 25, 2008, hereby appear as counsel on behalf of defendant REUBEN ALVAREZ in this matter.

        I was admitted to practice in the Southern District of New York in March, 1987.

Dated: June 30, 2008

                                                            /s/ Lisa Scolari
                                          _____
                                          LISA SCOLARI, ESQ.
                                          20 Vesey Street- Suite 400
                                          New York, N.Y. 10007
                                          (212) 227-8899
                                          Fax (212) 964-2926
                                          Lscolarilaw@earthlink.net